IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Civil No. JFM-08-1155 |
| | * | Criminal No. JFM-04-0240 |
| | * | |
| KEITH BROWN | * | |
| | ***** | |

MEMORANDUM

Keith Brown, who pled guilty to a charge of conspiracy to distribute and possess with intent to distribute cocaine and was sentenced to 235 months imprisonment, has filed a motion under 28 U.S.C. §2255. The motion has been fully briefed. It will be denied.

The arguments Brown makes are entirely without merit. First, he contends that his counsel was ineffective in leading him to believe that his adjusted offense level would be level 27. This claim is contradicted by the plain terms of the plea agreement which expressly state that the base offense level was 36. Second, Brown contends that this court's sentence was cruel and harsh. It was neither. It was at the low end of the Guideline range to which Brown was subject and is explained by the facts that Brown committed a very serious offense and had a very serious criminal record.

A separate order denying Brown's motion is being entered herewith.

Date: April 7, 2009         /s/
                            J. Frederick Motz
                            United States District Judge